IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA, EVANSVILLE DIVISION

| | | |
|---|---|---|
| THERESA NELLIS | ) | |
| | ) | |
| *Plaintiff* | ) | No. 3:19-cv-00022-RLY-MPB |
| | ) | |
| *v.* | ) | Judge Richard L. Young |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) | Magistrate Judge Matthew P. Brookman |
| | ) | |
| *Defendant* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Theresa Nellis ("Plaintiff"), and defendant, The Lincoln National Life Insurance Company ("Lincoln National"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Bridget O'Ryan (with consent)
   Attorney for Plaintiff,
   Theresa Nellis

Bridget O'Ryan
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, Indiana 46220
P: 317-255-1000
boryan@oryanlawfirm.com

Dated: 2/28/2020

Distributed Electronically to
Registered Counsel of Record

By: /s/ Warren von Schleicher
   Attorney for Defendant,
   The Lincoln National Life Insurance Company

Warren von Schleicher (IL 6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
warren.vonschleicher@svs-law.com

SO ORDERED:

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana